UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| OLIVIA MORA,<br><br>               Plaintiff,<br><br>   v.<br><br>SEATTLE HOUSING AUTHORITY,<br><br>               Defendant. | Case No. C24-0698-RAJ<br><br>ORDER GRANTING *IN FORMA PAUPERIS* |

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 22nd day of May, 2024.

                                                  */s/ S. Kate Vaughan*
                                                  S. KATE VAUGHAN
                                                  United States Magistrate Judge