HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

OLIVIA MORA,

                              Plaintiff,

        v.

SEATTLE HOUSING AUTHORITY,

                              Defendant.

CASE NO. 2:24-cv-00698-RAJ

ORDER

        THIS MATTER is referred to this Court for the limited purpose of determining whether Plaintiff's appeal is frivolous or taken in bad faith. Dkt. # 24. The Court certifies in accordance with 28 U.S.C. § 1915(a)(3) that Plaintiff's appeal in this case is frivolous and taken in bad faith. Further briefing on this issue is not necessary.

        The Court accordingly **REVOKES** Plaintiff's *in forma pauperis* status for purposes of the appeal. The Court directs the Clerk to ensure that the parties and the Clerk of the Ninth Circuit Court of Appeals receive a copy of this order.

        Dated this 25th day of November, 2024.

The Honorable Richard A. Jones
United States District Judge

ORDER – 1