| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>JAN 16 2025<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| OLIVIA MORA, a non-profit entity,<br><br>　　　　Plaintiff - Appellant,<br><br>　v.<br><br>SEATTLE HOUSING AUTHORITY,<br><br>　　　　Defendant - Appellee. | No. 24-6908<br><br>D.C. No.<br>2:24-cv-00698-RAJ<br>Western District of Washington,<br>Seattle<br><br>ORDER |

A review of the docket reflects that appellant has not fully complied with this court's November 26, 2024 order. On December 19, 2024, appellant filed a financial affidavit. However, appellant did not file a statement why the appeal should go forward. The court grants appellant an extension of time to submit a statement why the appeal should go forward. Within 21 days after the date of this order, appellant must submit a statement why the appeal should go forward.

If appellant fails to comply with this order, the appeal will be dismissed by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

The Clerk will send a copy of the November 26, 2024 order and a form statement that the appeal should go forward to appellant along with this order.

　　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　　CLERK OF COURT